

RECEIVED
BY MAIL

JUL 1 8 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

*(Write the full name of each plaintiff who is filing this complaint.   If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☐ Yes   ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

Shawnnetta Small and her company

Hairtabulous LLC has brought before the

court this day of Input date a claim that a $7-4-18 - 7-25-18$

criminal breach of contract and fraud and

breach of fiduciary duty and cause for

Also a injury of negligence.

emotional distress has occurred. The date

of this injury is **FILL IN** . There was a $7-4-18 - 7-25-18$

murder attempt upon my life by staff at

Poplar Bluff Regional Medical Center. & other defendants

Treatment was forced upon Ms Small and

she was threatened with death. Ms Small

and her business were harmed due to the

defendants heinous actions. When I went

through Memphis I was raped and told that

I was going to be killed if I was to go to St

Louis. This was clearly premeditated and

intentional.

Ms Small spent about 2 weeks at a

hospital in Hayti because she had to have

surgery on her foot. She had a piece of

steel caught in her foot because her

identification and money were stolen and

Ms Small was forced to walk on the
highway where Ms Small was seriously
injured.  When Ms Small got to the
hospital people talked about her situation
and seemed to know who Ms Small was
because of comments that were made.
She had foot surgery and stayed at the
hospital for a couple of weeks. After her
two week stay she was released.
Ms Small arrived at Hayti rest stop not
long after her hospital stay.
She was crippled because of the surgery
and needed to rest for about two weeks.
Her foot burned where she had surgery
everytime she tried to walk.because I had
surgery to remove steel out my left foot
and had a cast on it. I believe I stayed at
the rest stop for a few days. I was there
and some police came there to witness
tamper a few times. They offered me
Pepsi which I refused. I had water and
preferred that. I left after a couple of weeks

and tried to walk to St Louis. I wanted to
get help for my babies sake. I was
accosted by a man  who tried to ask me
 ride and he  was like what u coming
to St Louis for I don't have shit.  I was
confused by this and was accosted by the
police who said they really didn't give a
fuck which left me confused. The police
came a lil ways down the road later and
involuntarily committed me to Popular Bluff
Regional Medical Center.  Along the way
they talked about my case and threatened
me with death. I arrived at the facility and
people already knew me. They tried to
labor traffick me with a sandwich as of
food meant something.  The lady was like
aw man as I ate my turkey sandwich
Motion was supposed to be on the other
side. These people already knew who I
was. When I got to the residents hall I was
witness tampered about my case. I didn't
even know who these people were. The

doctor spoke with me and gave me the strangest look. He only asked me my name and left the room.I saw him 2 or three times. My roommate seemed as if she knew me. Some of the things she said seemed strange to me as if she had info on me.

I would socialize in the main room alot. I tried to grow Basquiat dreads but became tired of them and wanted to comb them out. I was sitting around and some of the residents saw that I didn't eat pork and became upset. He said this girls a Muslim and became upset. He then started saying how they tried to help me in the past. I was like huh and then I was told I had medicine and I refused. I was told I had to take the meds or they had to give me a shot. I was taken to the room and beat up and told they would kill me. I was injected in my buttocks on an everyday occasion. I felt sexually awkward. I was extremely scared

of dying.  My new roommate would be like

Jesus Jesus Jesus, because she thought I

was Muslim. Eventually I was let go and

picked up by search and rescue.

The police knew I was willing  to take

a ride from them because I had so many

times before.  They also knew I was a well

known crime victim. They also knew I was

willing to take a bus ticket. So there was

no reason to ever Baker Act me. I was

released to Ingrid Murphy. She made a

comment and told me it was only $30,000.

duties of undivided loyalty, due diligence and reasonable care, full disclosure of any conflicts of
interest, and confidentiality
when one person has been legally entrusted with managing the assets or interests of another,
and uses their authority in an illegal or unethical manner for personal gain.

a fiduciary, must act with fairness, loyalty, care, and within the law on behalf of the client.

Community Health Systems Inc the parent company

Ms Small was forced to walk on the

highway where Ms Small was seriously

injured.  When Ms Small got to the

hospital people talked about her situation

and seemed to know who Ms Small was

because of comments that were made.

She had foot surgery and stayed at the

hospital for a couple of weeks. After her

two week stay she was released.

Ms Small arrived at Hayti rest stop not

long after her hospital stay.

She was crippled because of the surgery

and needed to rest for about two weeks.

Her foot burned where she had surgery

everytime she tried to walk.because I had

surgery to remove steel out my left foot

and had a cast on it. I believe I stayed at

the rest stop for a few days. I was there

and some police came there to witness

tamper a few times. They offered me

Pepsi which I refused. I had water and

preferred that. I left after a couple of weeks

and tried to walk to St Louis. I wanted to

get help for my babies sake. I was

accosted by a man  who tried to ask me

 ride and he  was like what u coming

to St Louis for I don't have shit.  I was

confused by this and was accosted by the

police who said they really didn't give a

fuck which left me confused. The police

came a lil ways down the road later and

involuntarily committed me to Popular Bluff

Regional Medical Center.  Along the way

they talked about my case and threatened

me with death. I arrived at the facility and

people already knew me. They tried to

labor traffick me with a sandwich as of

food meant something.  The lady was like

aw man as I ate my turkey sandwich

Motion was supposed to be on the other

side. These people already knew who I

was. When I got to the residents hall I was

witness tampered about my case. I didn't

even know who these people were. The

doctor spoke with me and gave me the
strangest look. He only asked me my
name and left the room.I saw him 2 or
three times. My roommate seemed as if
she knew me. Some of the things she
said seemed strange to me as if she had
info on me.

I would socialize in the main room alot. I
tried to grow Basquiat dreads but became
tired of them and wanted to comb them
out. I was sitting around and some of the
residents saw that I didn't eat pork and
became upset. He said this girls a Muslim
and became upset. He then started saying
how they tried to help me in the past. I was
like huh and then I was told I had medicine
and I refused. I was told I had to take the
meds or they had to give me a shot. I was
taken to the room and beat up and told
they would kill me. I was injected in my
buttocks on an everyday occasion. I felt
sexually awkward. I was extremely scared

of dying.  My new roommate would be like

Jesus Jesus Jesus, because she thought I

was Muslim. Eventually I was let go and

picked up by search and rescue.

The police knew I was willing  to take

a ride from them because I had so many

times before.  They also knew I was a well

known crime victim. They also knew I was

willing to take a bus ticket. So there was

no reason to ever Baker Act me. I was

released to Ingrid Murphy. She made a

comment and told me it was only $30,000.

duties of undivided loyalty, due diligence and reasonable care, full disclosure of any conflicts of interest, and confidentiality
when one person has been legally entrusted with managing the assets or interests of another, and uses their authority in an illegal or unethical manner for personal gain.

a fiduciary, must act with fairness, loyalty, care, and within the law on behalf of the client.

Community Health Systems Inc the parent company

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Street Address        1033 to Washington St
City and County       Indpls  Indiana  46202
State and Zip Code            Indiana  46202
Telephone Number      407 639 8134
E-mail Address        Shawnettasmall316@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                  Poplar Bluff Regional Medical Center
Job or Title
Street Address
City and County       Poplar Bluff, Butler
State and Zip Code    Missouri  46202
Telephone Number      407 639 8134
E-mail Address        Shawnettasmall316@gmail.com

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2



Defendants

Courtenay Miller
Fault / Ex boyfriend who committed domestic violence and worked with other traffickers to take travel documents... 3 attempted murder attempts or more before this. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.


Tyronn Wise
My daughter's father who labor trafficked my daughter and me worked with others to steal.travel documents started the whole situation. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Mariyah Baker
Started the whole situation
Worked with others to steal my documents also received a profit from my brutalization.
The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed

kidnapping of Ms Small.

Erykah Baker
Worked with others to steal my documents Courtenay Miller
Fault / Ex boyfriend who committed domestic violence and worked with other traffickers to take travel

documents... 3 attempted murder attempts or more before this. The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.


Tyronn Wise
My daughter's father who labor trafficked my daughter and me worked with others to steal.travel documents started the whole situation.

The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Mariyah Baker
Started the whole situation

Worked with others to steal my documents also received a profit from my brutalization. The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has

committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Erykah Baker

Worked with others to steal my documents The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Poplar Bluff Regional Medical Center
Attempted Murder participated in human trafficking and sexual rape...also hate crime... aggravated Kidnapped Possible Murder of a child.

The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Orange Blossom Clinic
Participated in human trafficking of me threatened me with death. Had my documents stolen. Murder of a child.

The defendant human and sex trafficked

Ms. Small. The defendant was involved

and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Tyronn Wise
My daughter's father who labor trafficked my daughter and me worked with others to steal.travel documents started the whole situation. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Mariyah Baker
Started the whole situation

Worked with others to steal my documents also received a profit from my brutalization. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Erykah Baker

Worked with others to steal my documents The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has

committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Poplar Bluff Regional Medical Center
Attempted Murder participated in human trafficking and sexual rape...also hate crime... aggravated Kidnapped

Possible Murder of a child. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Orange Blossom Clinic
Participated in human trafficking of me threatened me with death.  Had my documents stolen. Murder of a child.

The defendant human and sex trafficked

Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Megabus
Participated in human trafficking of me.

Stole my documentation. Stole bus ticket. Participated in brutalization of me. The defendant
human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has

committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Quinnetta Small

Participated in my human trafficking. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Krystal Clemons

Participated in my human trafficking. Possible Murder of a child . The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Cassandra

Participated in the stealing of my documents. Attempted Murder. Human trafficking. Torture of me. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Flix Bus

Owner of Megabus where human trafficking and exploitation occurred. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Aspire Health Partners

Human Trafficking of a child I. Aggravated kidnapping. Attempted Murder. Stealing of documents. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Beatriz Lolli

Federal kidnapping.  Attempted Murder Labor Trafficking. Sex Trafficking. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.


Poplar Bluff Regional Medical Center
Attempted Murder participated in human trafficking and sexual rape...also hate crime... aggravated Kidnapped Possible Murder of a child. The defendant human and sex trafficked

Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Orange Blossom Clinic
Participated in human trafficking of me threatened me with death.  Had my documents
stolen. Murder of a child. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Megabus
Participated in human trafficking of me.
Stole my documentation. Stole bus ticket. Participated in brutalization of me. The
defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Quinnetta Small
Participated in my human trafficking. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also

terrorizing torturing and armed
kidnapping of Ms Small.

Krystal Clemons
Participated in my human trafficking. Possible Murder of a child . The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Cassandra
Participated in the stealing of my documents. Attempted Murder. Human trafficking.
Torture of me. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Flix Bus
Owner of Megabus where human trafficking and exploitation occurred.
The defendant human and sex trafficked

Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Aspire Health Partners
Human Trafficking of a child l. Aggravated kidnapping. Attempted Murder. Stealing of documents. The defendant human and sex trafficked

Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Beatriz Lolli
Federal kidnapping.  Attempted Murder Labor Trafficking. Sex Trafficking. The
defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Courtenay Miller
Fault / Ex boyfriend who committed domestic violence and worked with other traffickers
to take travel documents... 3 attempted murder attempts or more before this. The
defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.


Tyronn Wise
My daughter's father who labor trafficked my daughter and me worked with others
to steal.travel documents started the whole situation The defendant human and sex
trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has

committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Mariyah Baker
Started the whole situation
Worked with others to steal my documents also received a profit from my brutalization
The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Erykah Baker
Worked with others to steal my documents The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Poplar Bluff Regional Medical Center
Attempted Murder participated in human trafficking and sexual rape...also hate crime...
aggravated Kidnapped Possible Murder of a child. The defendant human and sex
trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Orange Blossom Clinic
Participated in human trafficking of me threatened me with death.  Had my documents
stolen. Murder of a child. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Megabus
Participated in human trafficking of me.
Stole my documentation. Stole bus ticket. Participated in brutalization of me. The
defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Quinnetta Small
Participated in my human trafficking.
The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Krystal Clemons

Participated in my human trafficking. Possible Murder of a child .The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Cassandra
Participated in the stealing of my documents. Attempted Murder. Human trafficking.
Torture of me. The defendant human and sex traffickedMs. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.


Flix Bus

Owner of Megabus where human trafficking and exploitation occurred. The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Aspire Health PartnersThe defendant human and sex traffickedMs. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and

reputation. The Human Trafficking of a child I. Aggravated kidnapping. Attempted Murder. Stealing of documents. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Beatriz Lolli
Federal kidnapping.  Attempted Murder Labor Trafficking. Sex Trafficking The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.




Community Health Systems Inc Parent company of Poplar Bluff Regional Medical Center
The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Poplar Bluff sheriff
200 Oak St, Poplar Bluff, MO 63901
The defendant human and sex trafficked
Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Poplar Bluff Police department
1111 Poplar St, Poplar Bluff, MO 63901
The defendant human and sex trafficked

Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Tra Rodriguez
The defendant human and sex trafficked

Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small.

Orlando Florida



This accusation applies to all defendant states

The defendant human and sex trafficked

Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed



kidnapping of Ms Small.

 The defendant human and sex trafficked
 Ms. Small. The defendant was involved
in multiple attempts to murder Ms Small
and damage Ms Smalls business and
reputation. The defendant has
committed multiple hate crimes against
Ms Small. Also taking Ms Smalls
documents and raping Ms Small. Also
terrorizing torturing and armed
kidnapping of Ms Small

This
Poplar Bluff Regional Medical Center
3100 Oak Grove
Poplar Bluff MO 63901

Tabitha Miller
7600 Lindbergh Blvd
Hazelwood MO 63042

Fabrizio Diaz
Indpls IN

Defendants

Talissa Small
Evansville Indiana

Mary Jane Quates
Orlando FL

Ingrid Murphy
St Louis

Bryan Quates
Orlando FL

Roshanda Patterson
Alton IL

Melvisha Perry
Indpls IN

Krystal Clemons
St Louis

Omar Montes
Indpls In

Rontia
Coalition for the Homeless
18 N Terry Ave, Orlando, FL 32801

Angelina
18 N Terry Ave, Orlando, FL 32801

Erica
18 N Terry Ave, Orlando, FL 32801

Hannah Huffman
Wheeler Mission for Women
3208 E Michigan St, Indianapolis, IN 46201

Courtenay Lee Miller
3073 Aberdeen Dr
Florissant MO 63033

Melvisha Perry
Indpls IN

Krystal Clemons
St Louis

Omar Montes
Indpls IN

Henry Oniche
3921 N Meridian St # 100, Indianapolis, IN 46208

Andrea Durall
3100 Oak Grove
Poplar Bluff MO 63901

Cathy Lanin
3100 Oak Grove
Poplar Bluff MO 63901

Orange Blossom Clinic
232 S Orange Blossom Trl, Orlando, FL 32805

Bakari Burns
232 S Orange Blossom Trl, Orlando, FL 32805

Megabus
349 1ST St Elizabeth, NJ, 07206-4010 United States

Community Health Systems
3100 Oak Grove
Poplar Bluff MO 63901

Psychic Source
4617 Freeport Blvd Fegan Way Aly Ste 6, Sacramento, California, 95822, United States

California Psychics
2900 W Alameda Ave, Unit 400, Burbank, California, 91505, United States

Ask Now
3665 E Bay Dr Ste 204 E, Largo, Florida, 33771, United States

Pyramid of Enlightenment
8101 E Washington St, Indianapolis, IN 46219

Keen.Com
182 Howard St. Ste 826. San Francisco, CA 94105

Judy Perkins
3965 E 66th St
 Cleveland, 44105 Ohio

Mariyah Baker
Indpls In

Ericka Baker
Evansville In

Roshonda Patterson
5306 Cottonwood Dr
Godfrey, IL 62035

Krystal Clemmons
3107 Meramec St
Saint Louis, MO

Devereux Advanced Behavioral Health Florida
5850 T G Lee Blvd #400, Orlando, FL 32822

Beatriz Lolli
5850 T G Lee Blvd #400,
Orlando, FL 32822

Cassandra Bakaris secretary
232 S Orange Blossom Trl,
Orlando, FL 32805

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.    *On Seperate*

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _Shawnn Offa_, is a citizen of the State of *(name)* _Missouri Indiana_

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.     The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* ____Poplar Bluff Regional Medical Facility____

is incorporated under the laws of the State of *(name)* ____

____Missouri____ , and has its principal place of

business in the State of *(name)* ____Missouri____ Or

is incorporated under the laws of the State of *(foreign nation)*

____USA____ , and has its principal place

of business in *(name)* ____Missouri____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain):*

4

### III.     Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.     What happened to you?
2.     When did it happen?
3.     Where did it happen?
4.     What injuries did you suffer?
5.     What did each defendant personally do, or fail to do, to harm you?

### IV.     Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑  No ☐

Do you claim punitive monetary damages?

Yes ☑  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Criminal torts

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20 _____.

Signature of Plaintiff(s) _____.

_____

Restitution

Now I bring before this court that this is not

a frivolous matter and this represents a

symbolic amount for a crime so sadistic.

The amount the plaintiffs are seeking is

$900,000,000,000,000, nine hundred

trillion. This is the relief that Shawnnetta

Small and Hairtabulous LLC is seeking.

Emotional Distress $600 Trillion

Compensatory Damages $200 Trillion

Punitive Damages $200 Trillion

 Gmail                                    Shawnetta Small <shawnettasmall316@gmail.com>

---

## (no subject)
2 messages

---

**Shawnetta Small** <shawnettasmall316@gmail.com>                          Sat, Jun 10, 2023 at 7:52 AM
To: loayloveshorses2@gmail.com

Courtenay Miller
Fault / Ex boyfriend who committed domestic violence and worked with other traffickers to take travel documents... 3
attempted murder attempts or more before this

Tyronn Wise
My daughter's father who labor trafficked my daughter and me worked with others to steal.travel documents started the
whole situation

Mariyah Baker
Started the whole situation
Worked with others to steal my documents also received a profit from my brutalization

Erykah Baker
Worked with others to steal my documents

Poplar Bluff Regional Medical Center
Attempted Murder participated in human trafficking and sexual rape...also hate crime... aggravated Kidnapped Possible
Murder of a child.

Orange Blossom Clinic
Participated in human trafficking of me threatened me with death.  Had my documents stolen. Murder of a child

Megabus
Participated in human trafficking of me.
Stole my documentation. Stole bus ticket. Participated in brutalization of me.

Quinnetta Small
Participated in my human trafficking.

Krystal Clemons
Participated in my human trafficking. Possible Murder of a child .

Cassandra
Participated in the stealing of my documents. Attempted Murder. Human trafficking. Torture of me.

Flix Bus
Owner of Megabus where human trafficking and exploitation occurred.

Aspire Health Partners
Human Trafficking of a child l. Aggravated kidnapping. Attempted Murder. Stealing of documents.

Beatriz Lolli
Federal kidnapping.  Attempted Murder Labor Trafficking. Sex Trafficking.

---

**Shawnetta Small** <shawnettasmall316@gmail.com>                          Sat, Jul 15, 2023 at 10:07 AM
To: Shawnetta Small <shawnettasmall316@gmail.com>

 **Gmail**

Shawnetta Small <shawnettasmall316@gmail.com>

## (no subject)
2 messages

**Shawnetta Small** <shawnettasmall316@gmail.com>
To: loayloveshorses2@gmail.com

Sat, Jun 10, 2023 at 7:52 AM

Courtenay Miller
Fault / Ex boyfriend who committed domestic violence and worked with other traffickers to take travel documents... 3 attempted murder attempts or more before this


Tyronn Wise
My daughter's father who labor trafficked my daughter and me worked with others to steal.travel documents started the whole situation

Mariyah Baker
Started the whole situation
Worked with others to steal my documents also received a profit from my brutalization

Erykah Baker
Worked with others to steal my documents

Poplar Bluff Regional Medical Center
Attempted Murder participated in human trafficking and sexual rape...also hate crime... aggravated Kidnapped Possible Murder of a child.

Orange Blossom Clinic
Participated in human trafficking of me threatened me with death. Had my documents stolen. Murder of a child

Megabus
Participated in human trafficking of me.
Stole my documentation. Stole bus ticket. Participated in brutalization of me.

Quinnetta Small
Participated in my human trafficking.

Krystal Clemons
Participated in my human trafficking. Possible Murder of a child .

Cassandra
Participated in the stealing of my documents. Attempted Murder. Human trafficking. Torture of me.

Flix Bus
Owner of Megabus where human trafficking and exploitation occurred.

Aspire Health Partners
Human Trafficking of a child I. Aggravated kidnapping. Attempted Murder. Stealing of documents.

Beatriz Lolli
Federal kidnapping.  Attempted Murder Labor Trafficking. Sex Trafficking.

**Shawnetta Small** <shawnettasmall316@gmail.com>
To: Shawnetta Small <shawnettasmall316@gmail.com>

Sat, Jul 15, 2023 at 10:07 AM

7/15/23, 10:42 AM
Gmail - (no subject)
Case: 1:23-cv-00123-SNLJ    Doc. #: 1    Filed: 07/18/23    Page: 38 of 44 PageID #: 38

M Gmail

Shawnetta Small <shawnettasmall316@gmail.com>

---

## (no subject)
2 messages

---

**Shawnetta Small** <shawnettasmall316@gmail.com>                              Sat, Jun 10, 2023 at 7:52 AM
To: loayloveshorses2@gmail.com

Courtenay Miller
Fault / Ex boyfriend who committed domestic violence and worked with other traffickers to take travel documents... 3 attempted murder attempts or more before this

Tyronn Wise
My daughter's father who labor trafficked my daughter and me worked with others to steal.travel documents started the whole situation

Mariyah Baker
Started the whole situation
Worked with others to steal my documents also received a profit from my brutalization

Erykah Baker
Worked with others to steal my documents

Poplar Bluff Regional Medical Center
Attempted Murder participated in human trafficking and sexual rape...also hate crime... aggravated Kidnapped Possible Murder of a child.

Orange Blossom Clinic
Participated in human trafficking of me threatened me with death.  Had my documents stolen. Murder of a child

Megabus
Participated in human trafficking of me.
Stole my documentation. Stole bus ticket. Participated in brutalization of me.

Quinnetta Small
Participated in my human trafficking.

Krystal Clemons
Participated in my human trafficking. Possible Murder of a child .

Cassandra
Participated in the stealing of my documents. Attempted Murder. Human trafficking. Torture of me.

Flix Bus
Owner of Megabus where human trafficking and exploitation occurred.

Aspire Health Partners
Human Trafficking of a child l. Aggravated kidnapping. Attempted Murder. Stealing of documents.

Beatriz Lolli
Federal kidnapping.  Attempted Murder Labor Trafficking. Sex Trafficking.

---

**Shawnetta Small** <shawnettasmall316@gmail.com>                              Sat, Jul 15, 2023 at 10:07 AM
To: Shawnetta Small <shawnettasmall316@gmail.com>

Poplar Bluff Regional Medical Center
3100 Oak Grove
Poplar Bluff MO 63901

Tabitha Miller
7600 Lindbergh Blvd
Hazelwood MO 63042

Fabrizio Diaz
Indpls IN

Talissa Small
Evansville Indiana

Mary Jane Quates
Orlando FL

Ingrid Murphy
St Louis

Bryan Quates
Orlando FL

Roshanda Patterson
Alton IL

Melvisha Perry
Indpls IN

Krystal Clemons
St Louis

Omar Montes
Indpls In

Rontia
Coalition for the Homeless
18 N Terry Ave, Orlando, FL 32801

Angelina
18 N Terry Ave, Orlando, FL 32801

Erica
18 N Terry Ave, Orlando, FL 32801

Hannah Huffman
Wheeler Mission for Women
3208 E Michigan St, Indianapolis, IN 46201

Courtenay Lee Miller
3073 Aberdeen Dr
Florissant MO 63033

Melvisha Perry
Indpls IN

Krystal Clemons
St Louis

Omar Montes
Indpls IN

Henry Oniche
3921 N Meridian St # 100, Indianapolis, IN 46208

Andrea Durall
3100 Oak Grove
Poplar Bluff MO 63901

Cathy Lanin
3100 Oak Grove
Poplar Bluff MO 63901

Orange Blossom Clinic
232 S Orange Blossom Trl, Orlando, FL 32805

Bakari Burns
232 S Orange Blossom Trl, Orlando, FL 32805

Megabus
349 1ST St Elizabeth, NJ, 07206-4010 United States

Community Health Systems
3100 Oak Grove
Poplar Bluff MO 63901

Psychic Source

4617 Freeport Blvd Fegan Way Aly Ste 6, Sacramento, California, 95822, United States

California Psychics
2900 W Alameda Ave, Unit 400, Burbank, California, 91505, United States

Ask Now
3665 E Bay Dr Ste 204 E, Largo, Florida, 33771, United States

Pyramid of Enlightenment
8101 E Washington St, Indianapolis, IN 46219

Keen.Com
182 Howard St. Ste 826. San Francisco, CA 94105

Judy Perkins
3965 E 66th St
Cleveland, 44105 Ohio

Mariyah Baker
Indpls In

Ericka Baker
Evansville In

Roshonda Patterson
5306 Cottonwood Dr
Godfrey, IL 62035

Krystal Clemmons
3107 Meramec St
Saint Louis, MO

Devereux Advanced Behavioral Health Florida
5850 T G Lee Blvd #400, Orlando, FL 32822

Beatriz Lolli
5850 T G Lee Blvd #400,
Orlando, FL 32822

Cassandra Bakaris secretary
232 S Orange Blossom Trl,
Orlando, FL 32805

in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Megabus

Participated in human trafficking of me.

Stole my documentation. Stole bus ticket. Participated in brutalization of me.

The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Quinnetta Small

Participated in my human trafficking. The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Krystal Clemons

Participated in my human trafficking. Possible Murder of a child . The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Cassandra
Participated in the stealing of my documents. Attempted Murder. Human trafficking. Torture of me.

The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Flix Bus
Owner of Megabus where human trafficking and exploitation occurred.

The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also

terrorizing torturing and armed kidnapping of Ms Small.

Aspire Health Partners

Human Trafficking of a child I. Aggravated kidnapping. Attempted Murder. Stealing of documents. The defendant human and sex trafficked Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Beatriz Lolli
Federal kidnapping.  Attempted Murder Labor Trafficking. Sex Trafficking.
The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small and damage Ms Smalls business and reputation. The defendant has committed multiple hate crimes against Ms Small. Also taking Ms Smalls documents and raping Ms Small. Also terrorizing torturing and armed kidnapping of Ms Small.

Courtenay Miller
Fault / Ex boyfriend who committed domestic violence and worked with other traffickers to take travel documents... 3 attempted murder attempts or more before this.
The defendant human and sex trafficked

Ms. Small. The defendant was involved in multiple attempts to murder Ms Small