## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| SHAWNETTA SMALL and<br>HAIRTABULOUS, LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>POPLAR BLUFF REGIONAL MEDICAL<br>CENTER, COURTENAY LEE MILLER,<br>TYRONN WISE, MARIYAH BAKER,<br>ERYKAH BAKER, ORANGE BLOSSOM<br>CLINIC, MEGABUS, QUINNETTA<br>SMALL, KRYSTAL CLEMONS, FLIX<br>BUS, ASPIRE HEALTH PARTNERS,<br>BEATRIZ LOLLI, COMMUNITY<br>HEALTH SYSTEMS, INC. POPLAR<br>BLUFF SHERIFF, POPLAR BLUFF<br>POLICE DEPARTMENT, TRA<br>RODRIGUEZ, CASSANDRA UNKNOWN,<br>TABITHA MILLER, FABRIIO DIAZ,<br>TALISSA SMALL, MARY JANE<br>QUATES, INGRID MURPHY, BRYAN<br>QUATES, ROSHANDA PATTERSON,<br>MELVISHA PERRY, OMAR MONTES,<br>RONTINA, COALTION FOR THE<br>HOMELESS, ANGELINA UNKNOWN,<br>MS. ERICA UNKNOWN,HANNAH<br>HUFFMAN, HENRY ONICHE, ANDREA<br>DURALL, CATHY LANIN, BAKARI<br>BURNS, PSYCHIC SOURCE,<br>CALIFORNIA PSYCHICS, ASK NOW,<br>PYRAMID OF ENLIGHTENMENT,<br>KEEN.COM, JUDY PERKINS,<br>DEVEREUX ADVANCED BEHAVIORAL<br>HEALTH, CASSANDRA BAKARIS, and<br>ERICKA BAKER,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    No. 1:23-cv-00123-SNLJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 26th day of October, 2023.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE